UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Aaron Gilson, et al</u>

        v.                              Case No. 03-cv-478-SM

<u>Grapek Company, et al</u>


<u>ORDER OF DISMISSAL</u>

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

    SO ORDERED.

October 17, 2005

                                        Steven J. McAuliffe
                                        Chief Judge


cc:    Robin Curtiss, Esq.
        Christopher Poulin, Esq.
        Daniel Deschenes, Esq.
        Scott Rusert, Esq.
        Kenneth Bouchard, Esq.